UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **WARREN K. BEARD,** | **2:22-CV-11181-TGB-JJCG** |
| Petitioner, | |
| vs. | **JUDGMENT** |
| **JOSEPH R. BIDEN,** | |
| Respondent. | |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED without prejudice.**

Dated at Detroit, Michigan:  October 25, 2022.

                                       KINIKIA ESSEX
                                       CLERK OF THE COURT

                                       s/A. Chubb
                                       Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE